**EXHIBIT A – O'CONNOR LAW FIRM COSTS**

| Date | Description | Amount |
|---|---|---|
| 11/06/2024 | Filing Fee | $405.00 |
| 11/12/2024 | Legal Fees and E-filing Petition for Letters of Administration - Hays Firm LLC | $5,886.87 |
| 11/25/2024 | Legal Fees for Probate Court 11.15.24-11.22.24 Hays Firm LLC | $9,650.00 |
| 01/13/2025 | Legal Fees on Petition for Letters of Administration 11.25.24-12.23.24 - Hays Firm LLC | $10,785.00 |
| 01/30/2025 | Meador Investigation – Service of Process | $240.00 |
| 02/11/2025 | Service - Meador Investigations | $80.00 |
| Subtotal: | | $27,046.87 |