1:39 PM
03/06/25
Accrual Basis

3:24-cv-03317-SLD-EIL    #12-2    Filed: 04/14/25    Page 1 of 3

E-FILED
Monday, 14 April, 2025 04:26:35 PM
Clerk, U.S. District Court, ILCD

Ben Crump Law, PLLC
Transactions by Account
All Transactions

### 1350-00 · Unreimbursed Case Expenses

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Credit Card Charge | 07/15/2024 | | American Airline | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 974.95 | | 974.95 |
| Credit Card Charge | 07/17/2024 | | Circle K | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 25.49 | | 1,000.44 |
| Credit Card Charge | 07/17/2024 | | McDonalds | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 18.06 | | 1,018.50 |
| Credit Card Charge | 07/17/2024 | | McDonalds | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 8.32 | | 1,026.82 |
| Credit Card Charge | 07/17/2024 | | Delta Air | CLIFFORD JONES-41044 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 553.97 | | 1,580.79 |
| Credit Card Charge | 07/17/2024 | | United | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 700.48 | | 2,281.27 |
| Credit Card Charge | 07/17/2024 | | United | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 700.48 | | 2,981.75 |
| Credit Card Charge | 07/18/2024 | | American Airline | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 1,261.00 | | 4,242.75 |
| Credit Card Charge | 07/18/2024 | | Southwest | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 493.98 | | 4,736.73 |
| Credit Card Charge | 07/18/2024 | | Southwest | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 493.98 | | 5,230.71 |
| Credit Card Charge | 07/19/2024 | | Parking | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 58.71 | | 5,289.42 |
| Credit Card Charge | 07/19/2024 | | Southwest | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 526.98 | | 5,816.40 |
| Credit Card Charge | 07/19/2024 | | American Airline | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 632.97 | | 6,449.37 |
| Credit Card Charge | 07/19/2024 | | Whataburger | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 11.36 | | 6,460.73 |
| Credit Card Charge | 07/20/2024 | | Delta Air | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 376.47 | | 6,837.20 |
| Credit Card Charge | 07/21/2024 | | Car Rental | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 50.00 | | 6,887.20 |
| Credit Card Charge | 07/21/2024 | | Car Rental | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 150.00 | | 7,037.20 |
| Credit Card Charge | 07/21/2024 | | Southwest | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 393.98 | | 7,431.18 |
| Credit Card Charge | 07/22/2024 | | MARRIOT | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 94.28 | | 7,525.46 |
| Credit Card Charge | 07/22/2024 | | MARRIOT | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 190.54 | | 7,716.00 |
| Credit Card Charge | 07/22/2024 | | Southwest | NATALIE JACKSON-41051 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 488.98 | | 8,204.98 |
| Credit Card Charge | 07/22/2024 | | Delta Air | CLIFFORD JONES-41044 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 406.00 | | 8,610.98 |
| Credit Card Charge | 07/22/2024 | | SUNnys Executive Sedan | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 211.65 | | 8,822.63 |
| Credit Card Charge | 07/22/2024 | | CROWNE PLAZA TIMES | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 121.98 | | 8,944.61 |
| Credit Card Charge | 07/22/2024 | | CROWNE PLAZA TIMES | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 121.98 | | 9,066.59 |
| Credit Card Charge | 07/22/2024 | | CROWNE PLAZA TIMES | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 507.92 | | 9,574.51 |
| Credit Card Charge | 07/22/2024 | | Red Lobster | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 164.31 | | 9,738.82 |
| Credit Card Charge | 07/22/2024 | | Southwest | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 393.98 | | 10,132.80 |
| Credit Card Charge | 07/23/2024 | | Car Rental | PAUL GRINKE-41085 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 330.34 | | 10,463.14 |
| Credit Card Charge | 07/23/2024 | | Enterprise | NATALIE JACKSON-41051 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 413.36 | | 10,876.50 |
| Credit Card Charge | 07/23/2024 | | Delta Air | CLIFFORD JONES-41044 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 548.97 | | 11,425.47 |
| Credit Card Charge | 07/23/2024 | | Circle K | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 34.28 | | 11,459.75 |
| Credit Card Charge | 07/23/2024 | | CROWNE PLAZA TIMES | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 121.98 | | 11,581.73 |
| Credit Card Charge | 07/23/2024 | | CROWNE PLAZA TIMES | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 121.98 | | 11,703.71 |
| Credit Card Charge | 07/23/2024 | | CROWNE PLAZA TIMES | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 124.98 | | 11,828.69 |
| Credit Card Charge | 07/23/2024 | | Flemings | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 210.30 | | 12,038.99 |
| Credit Card Charge | 07/23/2024 | | Shake Shack | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 12.37 | | 12,051.36 |
| Credit Card Charge | 07/23/2024 | | Southwest | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 306.98 | | 12,358.34 |
| Credit Card Charge | 07/23/2024 | | Boyds New Generation | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 143.28 | | 12,501.62 |
| Credit Card Charge | 07/25/2024 | | Lyft | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 10.00 | | 12,511.62 |
| Credit Card Charge | 07/25/2024 | | Southwest | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 378.98 | | 12,890.60 |
| Credit Card Charge | 07/26/2024 | | Southwest | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 25.00 | | 12,915.60 |
| Credit Card Charge | 07/26/2024 | | Southwest | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 393.98 | | 13,309.58 |
| Credit Card Charge | 07/26/2024 | | AVIS | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 74.11 | | 13,383.69 |
| Credit Card Charge | 07/26/2024 | | BP | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 32.90 | | 13,416.59 |
| Credit Card Charge | 07/26/2024 | | CROWNE PLAZA TIMES | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 121.98 | | 13,538.57 |
| Credit Card Charge | 07/26/2024 | | CROWNE PLAZA TIMES | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 141.98 | | 13,680.55 |
| Credit Card Charge | 07/26/2024 | | Delta Air | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 376.47 | | 14,057.02 |
| Credit Card Charge | 07/26/2024 | | Boyds New Generation | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 35.27 | | 14,092.29 |
| Credit Card Charge | 07/26/2024 | | Boyds New Generation | BENJAMIN CRUMP-42034 | Sonya Massey | | Ben Crump (42034) | 77.54 | | 14,169.83 |
| Credit Card Charge | 07/27/2024 | | Delta Air | NATALIE JACKSON-41051 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 1,408.96 | | 15,578.79 |
| Credit Card Charge | 07/27/2024 | | Delta Air | CLIFFORD JONES-41044 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 296.48 | | 15,875.27 |
| Credit Card Charge | 07/30/2024 | | Harolds Chicken | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 66.32 | | 15,941.59 |
| Credit Card Charge | 07/30/2024 | | Wingstop | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 5.71 | | 15,947.30 |
| Credit Card Charge | 07/31/2024 | | Delta Air | NATALIE JACKSON-41051 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 79.00 | | 16,026.30 |
| Credit Card Charge | 07/31/2024 | | Parking | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 30.00 | | 16,056.30 |
| Credit Card Charge | 07/31/2024 | | Shell | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 15.59 | | 16,071.89 |
| Credit Card Charge | 08/01/2024 | | MARRIOT | BROOKE CLUSE-41077 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 859.55 | | 16,931.44 |
| Credit Card Charge | 08/02/2024 | | Delta Air | CLIFFORD JONES-41044 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 418.97 | | 17,350.41 |
| Credit Card Charge | 08/09/2024 | | Delta Air | BENJAMIN CRUMP-42034-18002211212 DELTA A | Sonya Massey | | Ben Crump (42034) | 543.98 | | 17,894.39 |
| Credit Card Charge | 08/09/2024 | | Delta Air | BENJAMIN CRUMP-42034-18002211212 DELTA A | Sonya Massey | | Ben Crump (42034) | 543.98 | | 18,438.37 |
| Credit Card Charge | 08/11/2024 | | American Airline | BENJAMIN CRUMP-42034-20240811  AMERICAN | Sonya Massey | | Ben Crump (42034) | 404.48 | | 18,842.85 |
| Credit Card Charge | 08/11/2024 | | American Airline | BENJAMIN CRUMP-42034-20240811  AMERICAN | Sonya Massey | | Ben Crump (42034) | 404.48 | | 19,247.33 |
| Credit Card Charge | 08/14/2024 | | AVIS | BENJAMIN CRUMP-42034-R/A# 771929270  800-3 | Sonya Massey | | Ben Crump (42034) | 86.05 | | 19,333.38 |
| Credit Card Charge | 08/14/2024 | | QT | BENJAMIN CRUMP-42034-00607032G9K OUTSID | Sonya Massey | | Ben Crump (42034) | 2.51 | | 19,335.89 |

1:39 PM
03/06/25
Accrual Basis

3:24-cv-03317-SLD-EIL    Ben Crump Law, PLLC    Filed: 04/14/25    Page 2 of 3
                          #12-2
                    Transactions by Account
                       All Transactions

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Credit Card Charge | 08/14/2024 | | QT | BENJAMIN CRUMP-42034-00607038G9K OUTSID | Sonya Massey | | Ben Crump (42034) | 39.60 | | 19,375.49 |
| Credit Card Charge | 08/14/2024 | | Smokey Bones | BENJAMIN CRUMP-42034-10156320240 2175286 | Sonya Massey | | Ben Crump (42034) | 124.94 | | 19,500.43 |
| Credit Card Charge | 08/14/2024 | | Southwest | BENJAMIN CRUMP-42034-7900371561  (214) 792 | Sonya Massey | | Ben Crump (42034) | 320.98 | | 19,821.41 |
| Credit Card Charge | 08/14/2024 | | Boyds New Generation | BENJAMIN CRUMP-42034-99999994227 2175449 | Sonya Massey | | Ben Crump (42034) | 66.58 | | 19,887.99 |
| Credit Card Charge | 08/15/2024 | | Southwest | BROOKE CLUSE-41077-7900371649  (214) 792 - 4 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 25.00 | | 19,912.99 |
| Credit Card Charge | 08/15/2024 | | United | BROOKE CLUSE-41077-22890791    WWW.UNITE | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 339.80 | | 20,252.79 |
| Credit Card Charge | 08/16/2024 | | MARRIOT | BENJAMIN CRUMP-42034-55193      3144239700 | Sonya Massey | | Ben Crump (42034) | 240.82 | | 20,493.61 |
| Credit Card Charge | 08/26/2024 | | Delta Air | CLIFFORD JONES-41044-18002211212 DELTA Al | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 835.96 | | 21,329.57 |
| Credit Card Charge | 09/14/2024 | | Grand Hyatt | BENJAMIN CRUMP-42034-91195834    855-869-08 | Sonya Massey | | Ben Crump (42034) | 323.50 | | 21,653.07 |
| Credit Card Charge | 09/14/2024 | | Uber | BROOKE CLUSE-41077-M1848R5D     DV52ZYXW | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 3.00 | | 21,656.07 |
| Credit Card Charge | 09/14/2024 | | Uber | BROOKE CLUSE-41077-7G5D8TQ2    DV52ZYXW | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 5.17 | | 21,661.24 |
| Credit Card Charge | 09/14/2024 | | Uber | BROOKE CLUSE-41077-0T1W2C77    QBSANHBR | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 17.47 | | 21,678.71 |
| Credit Card Charge | 09/14/2024 | | Uber | BROOKE CLUSE-41077-9WFC3ZKE    EHJKW667 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 32.92 | | 21,711.63 |
| Credit Card Charge | 09/14/2024 | | Waysv Delegate | BROOKE CLUSE-41077-99999994258 2025676645 | Sonya Massey | | 2000-22 · Brooke Cluse (41077) | 15.60 | | 21,727.23 |
| Check | 09/15/2024 | | Inova | Precious - Sonya Massey | Sonya Massey | | 1000-30 · W A- OpEx Acct - 4237 | 125.26 | | 21,852.49 |
| Bill | 10/29/2024 | | ADR System | extending our previous deadline Massey Mediation | Sonya Massey | | 2000-10 · Accounts Payable | 4,750.00 | | 26,602.49 |
| Bill | 10/29/2024 | | ADR System | extending our previous deadline Massey Mediation | Sonya Massey | | 2000-10 · Accounts Payable | 142.50 | | 26,744.99 |
| Bill | 10/29/2024 | | ADR System | extending our previous deadline Massey Mediation | Sonya Massey | | 2000-10 · Accounts Payable | 45.00 | | 26,789.99 |
| Bill | 10/29/2024 | | ADR System | extending our previous deadline Massey Mediation | Sonya Massey | | 2000-10 · Accounts Payable | 1.35 | | 26,791.34 |
| Credit Card Charge | 11/06/2024 | | Pacer | PAUL GRINKE-41085-99999994312249212.24110 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 10.70 | | 26,802.04 |
| Credit Card Charge | 11/06/2024 | | Lens Rentals | JONATHAN M WRIGHT-41002-NT_RAWOPMJI +1 | Sonya Massey | | 2000-19 · Jon Wright (41002) | 692.07 | | 27,494.11 |
| Credit Card Charge | 11/07/2024 | | Delta Air | JONATHAN M WRIGHT-41002-18002211212 DEL1 | Sonya Massey | | 2000-19 · Jon Wright (41002) | 586.02 | | 28,080.13 |
| Credit Card Charge | 11/10/2024 | | Enterprise | PAUL GRINKE-41085-R/A# 783177947   844-99606 | Sonya Massey | | 2000-23 · Paul Grinke (41085) | 316.20 | | 28,396.33 |
| Credit Card Charge | 11/11/2024 | | MARRIOT | JONATHAN M WRIGHT-41002-28440       3144239 | Sonya Massey | | 2000-19 · Jon Wright (41002) | 322.24 | | 28,718.57 |
| Credit Card Credit | 11/15/2024 | | Lens Rentals | JONATHAN M WRIGHT-41002-RE_3QIBL8DM +1S | Sonya Massey | | 2000-19 · Jon Wright (41002) | | 389.00 | 28,329.57 |
| Credit Card Credit | 11/15/2024 | | Lens Rentals | JONATHAN M WRIGHT-41002-RE_3QIBL8DM +1S | Sonya Massey | | 2000-19 · Jon Wright (41002) | | 16.44 | 28,313.13 |
| Credit Card Charge | 11/28/2024 | | Delta Air | CLIFFORD JONES-41044-18002211212 DELTA Al | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 1,014.34 | | 29,327.47 |
| Bill | 11/30/2024 | 50134901 | National Record Retrieval LLC | | Sonya Massey | | 2000-10 · Accounts Payable | 99.90 | | 29,427.37 |
| Bill | 11/30/2024 | 50134902 | National Record Retrieval LLC | | Sonya Massey | | 2000-10 · Accounts Payable | 145.72 | | 29,573.09 |
| Credit Card Charge | 12/02/2024 | | American Airline | NATALIE JACKSON-41051-20241201  AMERICAN | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 695.97 | | 30,269.06 |
| Credit Card Charge | 12/02/2024 | | Delta Air | NATALIE JACKSON-41051-18002211212 DELTA A | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 412.98 | | 30,682.04 |
| Credit Card Charge | 12/02/2024 | | Lyft | NATALIE JACKSON-41051-NT_RKOVJIZO202241 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 5.00 | | 30,687.04 |
| Credit Card Charge | 12/02/2024 | | Lyft | NATALIE JACKSON-41051-NT_RKOMHHMA2022 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 19.98 | | 30,707.02 |
| Credit Card Charge | 12/03/2024 | | CROWNE PLAZA TIMES | NATALIE JACKSON-41051-78180270   217-529-77 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 127.26 | | 30,834.28 |
| Credit Card Charge | 12/03/2024 | | CROWNE PLAZA TIMES | CLIFFORD JONES-41044-78175448   217-529-777 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 262.93 | | 31,097.21 |
| Credit Card Charge | 12/04/2024 | | Lyft | NATALIE JACKSON-41051-NT_RKZVZGPW20230 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 18.90 | | 31,116.11 |
| Credit Card Charge | 01/08/2025 | | ADR System | JONATHAN M WRIGHT-41002-12082956716 3129 | Sonya Massey | | 2000-19 · Jon Wright (41002) | 4,938.85 | | 36,054.96 |
| Credit Card Charge | 01/26/2025 | | Delta Air | NATALIE JACKSON-41051-18002211212 DELTA A | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 832.36 | | 36,887.32 |
| Credit Card Charge | 01/29/2025 | | Southwest | NATALIE JACKSON-41051-7900384659  (214) 792 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 778.37 | | 37,665.69 |
| Credit Card Charge | 01/29/2025 | | Southwest | NATALIE JACKSON-41051-7900384659  (214) 792 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 778.37 | | 38,444.06 |
| Credit Card Charge | 01/30/2025 | | Expedia | NATALIE JACKSON-41051-40001BD1FPT TRAVEI | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 248.88 | | 38,692.94 |
| Credit Card Charge | 01/30/2025 | | Delta Air | CLIFFORD JONES-41044-18002211212 DELTA Al | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 543.18 | | 39,236.12 |
| Credit Card Charge | 02/02/2025 | | Lyft | CLIFFORD JONES-41044-NT_RHGCSKTO204549 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 33.77 | | 39,269.89 |
| Credit Card Charge | 02/03/2025 | | Lyft | NATALIE JACKSON-41051-NT_RHR0DFEB20456 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 3.50 | | 39,273.39 |
| Credit Card Charge | 02/03/2025 | | Lyft | NATALIE JACKSON-41051-NT_RHQ9QETV20456 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 17.51 | | 39,290.90 |
| Credit Card Charge | 02/03/2025 | | Lyft | CLIFFORD JONES-41044-NT_RHUCLIBR2045713 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 7.91 | | 39,298.81 |
| Credit Card Charge | 02/03/2025 | | Lyft | CLIFFORD JONES-41044-NT_RHV9XK1B2045722 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 9.50 | | 39,308.31 |
| Credit Card Charge | 02/03/2025 | | Lyft | CLIFFORD JONES-41044-NT_RHZAMEU9204579 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 16.68 | | 39,324.99 |
| Credit Card Charge | 02/03/2025 | | Lyft | CLIFFORD JONES-41044-NT_RI2Z031J20458410 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 16.89 | | 39,341.88 |
| Credit Card Charge | 02/03/2025 | | Lyft | CLIFFORD JONES-41044-NT_RHR9MOQA204565 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 23.41 | | 39,365.29 |
| Credit Card Charge | 02/04/2025 | | Uber | NATALIE JACKSON-41051-1DATKX5W  XRN3LIK | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 19.87 | | 39,385.16 |
| Credit Card Charge | 02/04/2025 | | Uber | NATALIE JACKSON-41051-2VJ9TEDP   NFBWWP | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 29.61 | | 39,414.77 |
| Credit Card Charge | 02/04/2025 | | Chicago Independent | NATALIE JACKSON-41051-01249904145 TAXICAE | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 46.80 | | 39,461.57 |
| Credit Card Charge | 02/04/2025 | | RPS Daytona Beach | NATALIE JACKSON-41051-039792432   386-253-6 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 38.00 | | 39,499.57 |
| Credit Card Charge | 02/04/2025 | | Lyft | CLIFFORD JONES-41044-NT_RICNSNVJ2046004 | Sonya Massey | | 2000-17 · Clifford Jones (41044) | 44.21 | | 39,543.78 |
| Credit Card Charge | 02/05/2025 | | Renaissance Hotel | NATALIE JACKSON-41051-14907       3123727200 | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 783.62 | | 40,327.40 |
| Bill | 02/10/2025 | 168823-000100 | Vizion.X Media | Sonya Massey Mediation Video Production: Full Film | Sonya Massey | | 2000-10 · Accounts Payable | 10,000.00 | | 50,327.40 |
| Credit Card Charge | 02/14/2025 | | Onboard | | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 4.98 | | 50,332.38 |
| Credit Card Charge | 02/14/2025 | | Lyft | | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 16.07 | | 50,348.45 |
| Credit Card Charge | 02/14/2025 | | Lyft | | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 8.10 | | 50,356.55 |
| Credit Card Charge | 02/14/2025 | | Lyft | | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 1.22 | | 50,357.77 |
| Credit Card Charge | 02/14/2025 | | Lyft | | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 1.53 | | 50,359.30 |
| Credit Card Charge | 02/14/2025 | | Delta Air | | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 518.18 | | 50,877.48 |
| Credit Card Charge | 02/14/2025 | | THE WESTIN | | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 187.51 | | 51,064.99 |
| Credit Card Charge | 02/14/2025 | | Lyft | | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 10.21 | | 51,075.20 |
| Credit Card Charge | 02/14/2025 | | THE WESTIN | | Sonya Massey | | 2000-20 · Natalie Jackson (41051) | 255.94 | | 51,331.14 |

1:39 PM
03/06/25
Accrual Basis

3:24-cv-03317-SLD-EIL   #12-2   Filed: 04/14/25   Page 3 of 3

**Ben Crump Law, PLLC**
**Transactions by Account**
All Transactions

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Total 1350-00 · Unreimbursed Case Expenses | | | | | | | | 51,736.58 | 405.44 | 51,331.14 |
| **TOTAL** | | | | | | | | **51,736.58** | **405.44** | **51,331.14** |